**DISMISS; and Opinion Filed March 13, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00482-CV

**MAXINE JACKSON, Appellant**
**V.**
**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00531-B**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated December 6, 2018, that failure to file the brief by December 16, 2018 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

180482F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAXINE JACKSON, Appellant

No. 05-18-00482-CV     V.

THE HOUSING AUTHORITY OF THE
CITY OF DALLAS, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-00531-B.
Opinion delivered by Justice Myers,
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THE HOUSING AUTHORITY OF THE CITY OF DALLAS recover its costs of this appeal from appellant MAXINE JACKSON.

Judgment entered this 13th day of March, 2019.